No. 22-56050

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PAUL SNITKO, ET AL., *Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA, ET AL., *Defendants-Appellees*.

On Appeal from the United States District Court
for the Central District of California
No. 2:21-cv-04405-RGK-MAR
Hon. R. Gary Klausner

**APPELLANTS' EXCERPTS OF RECORD
INDEX VOLUME**

Robert P. Frommer
Joseph Gay
Michael Greenberg
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Email: rfrommer@ij.org
    jgay@ij.org
    mgreenberg@ij.org

Robert E. Johnson
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
Tel.: (703) 682-9320
Email: rjohnson@ij.org

Nilay U. Vora
Jeffrey A. Atteberry
THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Phone: (424) 258-5190

*Attorneys for Appellants*

# INDEX

PAGES

**VOLUME I OF IX**

Judgment (10/26/2022) (Doc. 142) ................................................... 2-3

Order re: Court Trial Granting Judgment In Favor of Defendants (9/29/2022) (Doc. 140) ...................................................... 4-19

**VOLUME II OF IX**

Plaintiffs' Filing Submitting Documents After District Court Order on Issue of Confidentiality (8/18/2022) (Doc. 135) ...................... 21

> Exhibit L to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (8/18/2022) (Doc. 135-1) (Transcript of Deposition of US Postal Inspector Lyndon Versoza) ......................................................................... 21-155
>
> Exhibit M to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (08/18/2022) (Doc. 135-2) (Transcript of Deposition Under Fed. R. Civ. P 30(b)(6)) .................. 156-265
>
> Exhibit N to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (08/18/2022) (Doc. 135-3) (Transcript of Deposition of DEA Special Agent Justin Carlson) .... 266-315

**VOLUME III OF IX**

> (*continued*) Exhibit N to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (08/18/2022) (Doc. 135-3) (Transcript of Deposition of DEA Special Agent Justin Carlson) ..................................................................... 317-414

Exhibit O to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (08/18/2022) (Doc. 135-4) (Transcript of Deposition of FBI Supervisory Special Agent Jessie Murray) ................................................................................................415-581

Declaration of Robert P. Frommer to Parties' Joint Separate Statement of Facts and in Further Support of Plaintiffs' Opening Trial Brief (08/10/2022) (Doc. 125) ..............................................................................582-583

Exhibit R to Frommer Declaration in Support of Parties' Joint Separate Statement of Facts and in further support of Plaintiffs' Opening Trial Brief (08/10/2022) (Doc. 125-1) (Defs. Supplemental Responses to Pls. Second Set of Interrogatories) ..........................................................................584-601

Exhibit S to Frommer Declaration in Support of Parties' Joint Separate Statement of Facts and in further support of Plaintiffs' Opening Trial Brief (08/10/2022) (Doc. 125-2) (Defs. Supplemental Responses to Pls. Second Set of Requests for Admissions) ..........................................................602-606

**V**OLUME **IV** OF **IX**

Declaration of Victor Rodgers in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-1) ..............608-612

Exhibit A to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc.122-2) (Search Warrant) ....................................................613-626

Exhibit B to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-3) (Search Warrant Application) ...............627-746

Exhibit C to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-4) (Seizure Warrant) .................................747-749

Exhibit D to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-5) (Seizure Warrant Application) ..............750-858

Exhibit E to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-6) (Excerpt from FBI Domestic Investigations and Operations Guide) ..................................................859-860

Exhibit F to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc.122-7) (Indictment) ............................................861-876

Exhibit G to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-8) (Operation Order Search Plan) .............877-889

Exhibit H to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-9) (Supplemental Instructions on Box Inventory) ...............................................................................890-894

**VOLUME V OF IX**

Exhibit I to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-10) (Excerpt from FBI Domestic Investigations and Operations Guide) ..................................................896-914

Exhibit J to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-11) (USPV Forfeiture Notice Letter) ........915-933

Exhibit K to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-12) (Exemplar Inventory Forms)...............934-936

    Exhibit DD to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-31) (Inventory Photographs) ......................937-939

    Exhibit EE to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-32) (Subsequent Warrant Application) .....940-967

    Exhibit LL to Rodgers Declaration in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-39) (Letter from USPV counsel) ........................968

Declaration of Lynne Zellhart in Support of Defendants Opposition to Plaintiffs Opening Trial Brief (08/09/2022) (Doc. 122-40)............969-970

Declaration of Paul Snitko in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-1).............................................................971-975

Declaration of Jennifer Snitko in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-2)......................................................976-980

Declaration of Tyler Gothier in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-3)......................................................981-983

Declaration of Joseph Ruiz in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-4).............................................................984-988

Declaration of Michael Storc in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-5)......................................................989-993

Declaration of Jeni Verdon-Pearsons in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-6)............................................994-998

Declaration of Travis May in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-7)..........................................................999-1003

Declaration of Robert P. Frommer in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-8)........................................1004-1007

Exhibit C to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-11) (FBI Operational Plan) ................................................. 1008-1021

Exhibit D to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-12) (Supplemental Instructions for Box Inventory) .... 1022-1027

Exhibit E to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-13) (Judge Kim's Seizure Warrant) .................................................... 1028-1033

Exhibit F to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-14) (Application for Seizure Warrant) ............................................ 1034-1188

## VOLUME VI OF IX

(*continued*) Exhibit F to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-14) (Application for Seizure Warrant) ......................... 1190-1267

Exhibit G to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-15) (Excerpt from FBI's Domestic Investigations and Operations Guide) ............................................................................ 1268-1270

Exhibit H to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-16) (FBI Claim Form) ................................................................. 1271-1273

Exhibit I to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-17) (Administrative Forfeiture Notice) ........................ 1274-1293

Exhibit J to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-18) (Transcript of Deposition of FBI Special Agent Justin Palmerton)............1294-1483

**VOLUME VII OF IX**

(*continued*) Exhibit J to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-18) (Transcript of Deposition of FBI Special Agent Justin Palmerton)............................................................1485-1513

Exhibit K to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-19) (Transcript of Deposition of FBI Special Agent Lynne Zellhart) .1514-1778

**VOLUME VIII OF IX**

(*continued*) Exhibit K to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-19) (Transcript of Deposition of FBI Special Agent Lynne Zellhart)...............................................................1780-1808

Exhibit P to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-24) (Exemplar of FBI 302 Form)......................................................1809-1810

Exhibit Q to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (07/19/2022) (Doc. 112-25) (Exemplar of Agent Observations and Notes form) ....................1811-1812

Defendants' Amended Answer to First Amended Complaint (10/25/2021) (Doc. 80)............................................................1813-1827

Order Re: Plaintiffs' Motion for Class Certification (10/12/2021) (Doc. 78)..............................................................................1828-1838

Order Granting in-part and Denying in-part Defendants' Motion to Dismiss (09/09/2021) (Doc. 75)...............................................1839-1846

Plaintiffs' First Amended Complaint for Return of Property and Class-Wide Declaratory and Injunctive Relief
(06/09/2021) (Doc. 33) ............................................................. 1847-1898

Notice of Appeal (11/07/2022) (Doc. 143) ................................ 1899-1900

Civil Docket for Case No. 2:21−cv−04405−RGK−MAR, *U.S. District Court for the Central District of California* .............................. 1901-1921

## VOLUME IX OF IX - FILED UNDER SEAL

SEALED Exhibits A & B to Declaration of Robert Frommer in Support of Plaintiffs' Opening Trial Brief (Filed Under Seal on 08/18/2022 pursuant to Doc. 134) (Doc. 136) ....................................................... 1923

> Exhibit A to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (08/18/2022) (Doc. 136) (Excerpts from the FBI's Sentinel database) .................................. 1923-2177
>
> Exhibit B to Frommer Declaration in Support of Plaintiffs' Opening Trial Brief (08/18/2022) (Doc. 136) (Videos showing the inventory process as to select class members' safe-deposit boxes) ................................................................ 2178-2186