No. 22-56050

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAUL SNITKO, ET AL., *Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA, ET AL., *Defendants-Appellees*.

On Appeal from the United States District Court
for the Central District of California
No. 2:21-cv-04405-RGK-MAR
Hon. R. Gary Klausner

**APPELLANTS' MOTION TO TRANSMIT PHYSICAL EXHIBITS**

Robert P. Frommer
Joseph Gay
Michael Greenberg
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Email: rfrommer@ij.org
    jgay@ij.org
    mgreenberg@ij.org

Robert E. Johnson
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
Tel.: (703) 682-9320
Email: rjohnson@ij.org

Nilay U. Vora
Jeffrey A. Atteberry
THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Phone: (424) 258-5190

*Attorneys for Appellants*

## MOTION TO TRANSMIT PHYSICAL EXHIBITS

Pursuant to Circuit Rule 27-14, Plaintiffs-Appellants hereby move for leave to transmit to the Court a series of eight (8) video files of FBI agents searching and inventorying the contents of class members' safety deposit boxes at US Private Vaults, which are referenced at ER-2179–86. These files were submitted under seal in the district court, and Plaintiffs-Appellants have filed a motion pursuant to Circuit Rule 27-13 for their sealing before this Court.

Plaintiffs-Appellants move to submit these videos as physical exhibits because they clearly demonstrate the FBI's behavior in seizing and searching the contents of class members' safe deposit boxes. Moreover, there is no mechanism by which Plaintiffs-Appellants could file these videos electronically while preserving their native functionality.

Should the Court grant this Motion, Plaintiffs-Appellants will transmit a flash drive containing the videos via courier in order to be hand-delivered to the Court. Copies will also be served on Counsel for Defendants-Appellees.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellants request that the Court grant them leave to physically transmit the eight (8) video files described above to the Court under seal for its consideration in this matter.

Date: February 22, 2023      Respectfully submitted,

<div style="margin-left: 3em;">

*s/ Robert P. Frommer*
Robert P. Frommer
Joseph Gay
Michael Greenberg
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel.: (703) 682-9320
Email: rfrommer@ij.org
      jgay@ij.org
      mgreenberg@ij.org

Robert E. Johnson
INSTITUTE FOR JUSTICE
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120
Tel.: (703) 682-9320
Email: rjohnson@ij.org

</div>

        Nilay U. Vora
        Jeffrey A. Atteberry
        THE VORA LAW FIRM, P.C.
        201 Santa Monica Blvd., Suite 300
        Santa Monica, CA 90401
        Phone: (424) 258-5190
        Email: nvora@voralaw.com
                jatteberry@voralaw.com

*Attorneys for Appellants*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Certificate of Compliance for Motion

9th Cir. Case No. 22-56050

Case Title: *Paul Snitko, et al.*, v. *United States of America, et al.*

I am the attorney or self-represented party.

**This motion contains 2 pages,** excluding the items exempted by FRAP 32(f). The motion's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this motion *(select only one)*:

[X] complies with the word limit of Cir. R. 27-1(1).

[ ] complies with the word limit of Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[ ] is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:

    [ ] it is a joint brief submitted by separately represented parties.
    [ ] a party or parties are filing a single brief in response to multiple briefs.
    [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** s/ Robert P. Frommer    **Date** February 22, 2023