# EXHIBIT 1

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009146347
Date: 03/27/2023
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA 22203   USA

Attention: Robert P. Frommer, Esq.

File No.: 808476
Court: USCOA - 9TH
Case Name: Paul Snitko, et al v. USA, et al

| Qty | Description | | Rate | Amount |
|---|---|---|---|---|
| | EXCERPTS OF RECORD | | | |
| | Preparation of Record - 9 Volumes | | | |
| 10275.00 | Page(s) | @ | $0.30 | $3,082.50 |
| 700.00 | Color Photos/Pages (5 x 140) | @ | $2.00 | $1,400.00 |
| 45.00 | Volumes Bound | @ | $10.00 | $450.00 |
| 1.00 | Filing of Documents | @ | $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ | $1,014.00 | $1,014.00 |
| | APPELLANT'S OPENING BRIEF | | | |
| 680.00 | Page(s) | @ | $0.30 | $204.00 |
| 8.00 | Volumes Bound | @ | $10.00 | $80.00 |

**12-KR**
04/11/2023 11:34 AM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $6,330.50 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| **Balance** | **$6,330.50** |

Page 1 of 1