# EXHIBIT 2

# Invoice

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009152304
Date: 09/07/2023
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Institute for Justice
901 North Glebe Road
Suite 900
Arlington, VA 22203   USA

Attention:  Robert P. Frommer, Esq.

File No.: 809270
Court: USCOA - 9TH
Case Name: Paul Snitko, et al v. USA

| | | | Amount |
|---|---|---|---|
| | REPLY BRIEF | | |
| 516.00 | Page(s) | @ $0.30 | $154.80 |
| 12.00 | Volumes Bound | @ $10.00 | $120.00 |
| 1.00 | Filing of Documents | @ $100.00 | $100.00 |
| 1.00 | Shipping & Handling | @ $263.00 | $263.00 |

12-KR
09/13/2023 19:12 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $637.80 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| **Balance** | **$637.80** |

Page 1 of 1