UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL SNITKO; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>   Defendants - Appellees. | No. 22-56050<br><br>D.C. No. 2:21-cv-04405-RGK-MAR<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered January 23, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $966.20.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT